ACCEPTED
01-14-01015-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/25/2015 11:20:22 AM
CHRISTOPHER PRINE
CLERK

### No. 01-14-01015-CV

| | |
|---|---|
| **IN THE COURT OF APPEALS FOR THE FIRST DISTRICT HOUSTON, TEXAS** | FILED IN 1st COURT OF APPEALS HOUSTON, TEXAS 5/25/2015 11:20:22 AM CHRISTOPHER A. PRINE Clerk |

**SANDRA NZE**

Appellant

V.

**UCHENNA NWABUEZE**
Appellee

### APPELLEE'S MOTION TO ENQUIRE ON THE STATUS OF APPELLEE'S MOTIONS IN OPPOSITION TO APPLELLANT'S REQUEST FOR EXTENSIONS

Comes Now the Appellee, Uchenna Nwabueze, by and through his attorney of record, and presents this Motion to Enquire on the Status of Appellee's Motions in Opposition of Appellant's Requests for Extensions to file a brief in the above styled case. Appellee would show the Court the following:

1. This is an appeal from an eviction case wherein Appellant was ordered by the Justice Court to vacate the premises in question. The County Court, on appeal, affirmed the Justice Court's ruling and ordered Appellant to vacate the premises on or before December 31, 2014.

2. Appellant made a second request for an extension. She filed a request, on her own, for an extension, in March 2015, and again in April 2015 when she retained the services of an attorney who filed the second request for an extension. The attorney's reasons for the extension is that council has "previously scheduled depositions through April 28, 2015."

3. Appellee filed two Motions in Opposition of Appellant's request for extensions to file a brief in this case.

4. **It is now May and Appellant to date has not filed a brief.**

5. Appellee continues to suffer enormous financial hardship while this appeal is pending because Appellant continues to occupy the residence without payment of rent or costs to Appellee.

Appellee respectfully presents to the Court this Motion to Enquire on Appellee's Motions Opposing Appellant's Request for Extension to file a brief, and a ruling on the issues in this case.

Respectfully submitted,

**WHITE LAW OFFICE**

BY: ___*s/ Carlettte White*_____
    Carlette White,
    P.O. Box
    Sugar Land, Texas  77487
    TBN: 21516430
    281-203-0800
    713-391-8724 fax
    Whitelawoffice1@aol.com

    ATTORNEY FOR APPELLEE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been furnished by VIA email to Appellant's Attorney of Record on this 25th day of May, 2015.

BY: ___*/s/ Carlettte White*_____

Carlette White, Attorney for Appellee